UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS FOORE,<br>Plaintiff,<br>v.<br>VITRO FLAT GLASS LLC,<br>Defendant. | Case No. 1:26-cv-07111-JLT-EPG<br>ORDER GRANTING STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT<br>(ECF No. 9) |

On November 16, 2026, the parties filed a stipulation to allow Plaintiff Curtis Foore to file a first amended complaint. (ECF No. 9).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation. The Clerk is directed to file Plaintiff's first amended complaint, (ECF No. 9-1), on the docket. Defendant shall file a responsive pleading within 30 days.

IT IS SO ORDERED.

Dated: **November 17, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE